## OPT-IN CONSENT FORM

I hereby consent and agree to pursue my claims against Defendants, SELMAN & ASSOCIATES, LTD., JUANITA C. SELMAN and TOM H. SELMAN (hereinafter "Defendants" or "SELMAN"), as follows:

I understand and acknowledge that this lawsuit is being brought against Defendants under the Fair Labor Standards Act of 1938, 29 U.S.C.§§ 201 *et seq.* to recover unpaid overtime compensation, liquidated damages, attorneys' fees, costs and other related relief arising out of my employment, past or present, with SELMAN. I hereby consent, agree, and opt-in to become a participating party plaintiff and agree to be bound by the settlement of this action.

I hereby designate the Plaintiffs' attorneys, JTB LAW GROUP, LLC, the lead counsel, and BRANHAM LAW LLP to represent me for all purposes in this action. I hereby designate the named Plaintiffs (Representative Plaintiffs) as my agents, and I understand that I will be bound by the decisions and agreements made by and entered into by said representatives authorized to make decisions about the case, including fees and settlement.

Signed: Angela Saenz   Dated: 6-17-2014

Printed Name: Angela Saenz   E-mail Address: Saenz_007_007@yahoo.com

Address: PO Box 2328 Odessa TX 79760

***NOTE***

**Time limitations mandate that you return this form on or before July 21, 2014, to:**

Orakwue, et al. v. Selman & Associates, Ltd., et al.
Collective Action Administrator
c/o Angeion Group
1801 Market Street, Suite 660
Philadelphia, PA 19103


S000236

## OPT-IN CONSENT FORM

I hereby consent and agree to pursue my claims against Defendants, SELMAN & ASSOCIATES, LTD., JUANITA C. SELMAN and TOM H. SELMAN (hereinafter "Defendants" or "SELMAN"), as follows:

I understand and acknowledge that this lawsuit is being brought against Defendants under the Fair Labor Standards Act of 1938, 29 U.S.C.§§ 201 *et seq.* to recover unpaid overtime compensation, liquidated damages, attorneys' fees, costs and other related relief arising out of my employment, past or present, with SELMAN. I hereby consent, agree, and opt-in to become a participating party plaintiff and agree to be bound by the settlement of this action.

I hereby designate the Plaintiffs' attorneys, JTB LAW GROUP, LLC, the lead counsel, and BRANHAM LAW LLP to represent me for all purposes in this action. I hereby designate the named Plaintiffs (Representative Plaintiffs) as my agents, and I understand that I will be bound by the decisions and agreements made by and entered into by said representatives authorized to make decisions about the case, including fees and settlement.

Signed: _Elizabeth Salazar_  Dated: _6-17-2014_
Printed Name: _Elizabeth Salazar_  E-mail Address: _jan_06-11@yahoo.com_
Address: _P.O. Box 2328 Odessa TX. 79760_

***NOTE***

**Time limitations mandate that you return this form on or before July 21, 2014, to:**

Orakwue, et al. v. Selman & Associates, Ltd., et al.
Collective Action Administrator
c/o Angeion Group
1801 Market Street, Suite 660
Philadelphia, PA 19103


S000237

## OPT-IN CONSENT FORM

I hereby consent and agree to pursue my claims against Defendants, SELMAN & ASSOCIATES, LTD., JUANITA C. SELMAN and TOM H. SELMAN (hereinafter "Defendants" or "SELMAN"), as follows:

I understand and acknowledge that this lawsuit is being brought against Defendants under the Fair Labor Standards Act of 1938, 29 U.S.C.§§ 201 *et seq.* to recover unpaid overtime compensation, liquidated damages, attorneys' fees, costs and other related relief arising out of my employment, past or present, with SELMAN. I hereby consent, agree, and opt-in to become a participating party plaintiff and agree to be bound by the settlement of this action.

I hereby designate the Plaintiffs' attorneys, JTB LAW GROUP, LLC, the lead counsel, and BRANHAM LAW LLP to represent me for all purposes in this action. I hereby designate the named Plaintiffs (Representative Plaintiffs) as my agents, and I understand that I will be bound by the decisions and agreements made by and entered into by said representatives authorized to make decisions about the case, including fees and settlement.

Signed: [signature]            Dated: August 13, 2014

Printed Name: RICHARD J. Barkett    E-mail Address: richard.barkett@hotmail.com

Address: PO Box 106 Ballinger, TX 76821

***NOTE***

Time limitations mandate that you return this form on or before July 21, 2014, to:

>Orakwue, et al. v. Selman & Associates, Ltd., et al.
>Collective Action Administrator
>c/o Angeion Group
>1801 Market Street, Suite 660
>Philadelphia, PA 19103

S000193