

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND DIVISION

---

**STANLEY ORAKWUE,** and **JERRY EGWU**
Individually, and On Behalf of All Others Similarly Situated,

Plaintiffs,

-against-

**SELMAN ASSOCIATES, LTD., JUANITA C. SELMAN,** and **TOM H. SELMAN,**

Defendants.

---

Civil Action No.: 7:13-cv-00052-RAJ

*DOCUMENT FILED ELECTRONICALLY*

### ORDER GRANTING FINAL APPROVAL OF THE SETTLEMENT AGREEMENT

WHEREAS, the Court granted the Parties' Joint Motion for Preliminary Approval of the Settlement Agreement, Permission to Send Out Notices to the Collective and Class members for Settlement Purposes and for a Final Fairness Hearing on May 29, 2014;

WHEREAS, the Court scheduled a Final Fairness Hearing for final approval of the Settlement Agreement on September 4, 2014;

WHEREAS, counsel for both Parties appeared at the Final Fairness Hearing on September 4, 2014;

WHEREAS, the Court was informed by counsel that the deadline for participating class members to object to the settlement, August 21, 2014, had passed, and that no objections had been received by the Parties;

WHEREAS, the Court was not made aware of any objections and no objectors appeared before the Court at the Final Fairness Hearing on September 4, 2014;

**IT IS ORDERED** that the Parties' Settlement Agreement is fair and reasonable and thus hereby **GRANTED** final approval.

**IT IS FURTHER ORDERED** that the Parties shall proceed according to the terms of the Settlement Agreement.

**IT IS SO ORDERED.**

SIGNED on this 4th day of **SEPTEMBER, 2014**.

**ROBERT A. JUNELL**
United States District Judge
Western District of Texas